**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE:     THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

| | |
|---|---|
| V.O.S. SELECTIONS, INC., PLASTIC SERVICES AND PRODUCTS, LLC d/b/a GENOVA PIPE, MICROKITS, LLC, FISHUSA INC., TERRY PRECISION CYCLING LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP in his official capacity, EXECUTIVE OFFICE OF THE PRESIDENT, THE UNITED STATES, U.S. CUSTOMS AND BORDER PROTECTION, PETE R. FLORES in his official capacity, JAMIESON GREER in his official capacity, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, and HOWARD LUTNICK in his official capacity, <br><br> Defendants. | Court No. 25-00066 |

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that defendants appeal to the United States Court of Appeals for the Federal Circuit from the Court's injunction order of April 17, 2026.  *See* ECF No 82.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Claudia Burke
CLAUDIA BURKE
Deputy Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

U.S. Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, DC 20044
(202) 353-9063
claudia.burke@usdoj.gov

June 2, 2026                      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 2, 2026, I caused the foregoing "DEFENDANTS' NOTICE

OF APPEAL" to be filed and served electronically via the Court's CM/ECF system.


/s/Claudia Burke

IEEPA,INTERLOC-APPEAL

# U.S. Court of International Trade
# LIVE Database (New York)
# CIT DOCKET FOR CASE #: 1:25-cv-00066-RKE
# Internal Use Only

V.O.S. Selections, Inc. et al v. United States of America
**Assigned to:** Richard K. Eaton
**Lead Docket:**

**Jurisdiction:**
28USC § 1581(i) Residual Jurisdiction

**Date Filed:** 04/14/2025
**Jury Demand:** No

**Category:**
Other

**Date Terminated:**

**Date Reopened:** 03/02/2026

**Agency:**

**Does this action raise an issue of constitutionality?:** Y

**Product Description:**

**Export Country:**
(Not Applicable)

**Plaintiff**

**V.O.S. Selections, Inc.**

represented by **Jeffrey Michael Schwab**
Liberty Justice Center
7500 Rialto Boulevard
Suite 1-250
Austin, TX 78735
(512) 481-4400
Email: jschwab@libertyjusticecenter.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

United States Court of International Trade
One Federal Plaza
New York, NY 10278

I hereby certify that this is a true copy of the original on file in this office.

Date: June 2, 2026

Clerk of the Court

By: /s/ Geoffrey Goell
Deputy Clerk

**Bridget F. Conlan**
Liberty Justice Center
7500 Rialto Boulevard
Suite 1-250
Austin, TX 78735
(630) 267-9913
Email: bconlan@pacificlegal.org
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Colleen Elizabeth Roh Sinzdak**
Milbank LLP

1101 New York Avenue, NW
Washington, DC 20005
(202) 835-7570
Fax: (202) 263-7586
Email: crohsinzdak@milbank.com
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Ilya Somin**
George Mason University
3301 Fairfax Drive
Arlington, VA 22201
(703) 993-8069
Email: isomin@gmu.edu
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Jessica Changlu Huang**
Milbank LLP
1101 New York Avenue, NW
Washington, DC 20005
(202) 835-7595
Email: jhuang@milbank.com
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Neal Kumar Katyal**
Milbank LLP
1101 New York Avenue, NW
Washington, DC 20005
(202) 835-7505
Fax: (202) 263-7586
Email: nkatyal@milbank.com
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Reilly Walsh Stephens**
Liberty Justice Center
7500 Rialto Boulevard
Suite 1-250
Austin, TX 78735
(512) 481-4400
Email: rstephens@ljc.org
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Plaintiff**

| | | |
|---|---|---|
| **Plastic Services and Products, LLC** | represented by | **Jeffrey Michael Schwab** |
| *doing business as* | | (See above for address) |
| Genova Pipe | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | ***Bar Status: ACTIVE*** |
| | | |
| | | **Bridget F. Conlan** |

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Colleen Elizabeth Roh Sinzdak**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Ilya Somin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Jessica Changlu Huang**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Neal Kumar Katyal**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Reilly Walsh Stephens**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Plaintiff**

**MicroKits, LLC**                    represented by    **Jeffrey Michael Schwab**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Bridget F. Conlan**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Colleen Elizabeth Roh Sinzdak**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Ilya Somin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Jessica Changlu Huang**
(See above for address)
*ATTORNEY TO BE NOTICED*

*Bar Status: ACTIVE*

**Neal Kumar Katyal**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Reilly Walsh Stephens**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Plaintiff**

**FishUSA Inc.**                    represented by   **Jeffrey Michael Schwab**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Bridget F. Conlan**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Colleen Elizabeth Roh Sinzdak**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Ilya Somin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Jessica Changlu Huang**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Neal Kumar Katyal**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Reilly Walsh Stephens**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Plaintiff**

**Terry Precision Cycling LLC**        represented by   **Jeffrey Michael Schwab**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: ACTIVE*

**Bridget F. Conlan**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Colleen Elizabeth Roh Sinzdak**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Ilya Somin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Jessica Changlu Huang**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Neal Kumar Katyal**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Reilly Walsh Stephens**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Defendant**

**Donald J. Trump**                                    represented by **Claudia Burke**
*in his official capacity as President of the*          U.S. Department of Justice
*United States*                                         Commercial Litigation Branch - Civil
                                                        Division
                                                        P.O. Box 480
                                                        Ben Franklin Station
                                                        Washington, DC 20044
                                                        (202) 353-9063
                                                        Fax: (202) 307-7965
                                                        Email: claudia.burke@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *REGISTERED CONFIDENTIAL FILER*
                                                        *Bar Status: ACTIVE*

                                                        **Eric J. Hamilton**
                                                        U.S. Department of Justice
                                                        Federal Programs Branch - Civil Division
                                                        950 Pennsylvania Avenue, NW.
                                                        Washington, DC 20530
                                                        (202) 353-2793

Email: eric.hamilton@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Justin Reinhart Miller**
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza
New York, NY 10278
(212) 264-9241
Fax: (212) 264-1916
Email: Justin.R.Miller@usdoj.gov
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Sosun Bae**
U.S. Department of Justice
Commercial Litigation Branch - Civil
Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 305-7568
Fax: (202) 514-8624
Email: sosun.bae@usdoj.gov
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Defendant**

**Executive Office of the President**          represented by **Claudia Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Eric J. Hamilton**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Justin Reinhart Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Sosun Bae**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Defendant**

**United States**

represented by **Claudia Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Eric J. Hamilton**
(See above for address)
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Justin Reinhart Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Sosun Bae**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Defendant**

**Pete R. Flores**
*in his official capacity as Acting*
*Commissioner of the United States Customs*
*and Border Protection*

represented by **Claudia Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Eric J. Hamilton**
(See above for address)
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Justin Reinhart Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Sosun Bae**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Defendant**

**Jamieson Greer**
*in his official capacity as United States*

represented by **Claudia Burke**
(See above for address)

*Trade Representative*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Eric J. Hamilton**
(See above for address)
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Justin Reinhart Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Sosun Bae**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**<u>Defendant</u>**

**Office of the United States Trade Representative**

represented by **Claudia Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Eric J. Hamilton**
(See above for address)
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Justin Reinhart Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Sosun Bae**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**<u>Defendant</u>**

**Sec. of Commerce Howard Lutnick**
*in his official capacity as Secretary of Commerce*

represented by **Claudia Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Eric J. Hamilton**
(See above for address)
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Justin Reinhart Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Sosun Bae**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

<u>**Defendant**</u>

**United States Customs and Border Protection**    represented by    **Claudia Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Eric J. Hamilton**
(See above for address)
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Justin Reinhart Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Sosun Bae**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

<u>**Amicus**</u>

**George Allen**    represented by    **John Bowers Brew**
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW.
Washington, DC 20004-2595
(202) 624-2720
Fax: (202) 628-5116
Email: jbrew@crowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***

*Bar Status: ACTIVE*

**Daniel Cannistra**
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW.
Washington, DC 20004-2595
(202) 624-2902
Fax: (202) 628-5116
Email: dcannistra@crowell.com
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Weronika Bukowski**
Crowell & Moring, LLP
Two Manhattan West
375 9th Avenue
New York, NY 10001
(212) 530-1930
Email: wbukowski@crowell.com
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

<u>**Amicus**</u>

**Steven Calabresi**                    represented by  **John Bowers Brew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Daniel Cannistra**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Weronika Bukowski**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

<u>**Amicus**</u>

**Joshua Claybourn**                    represented by  **John Bowers Brew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Daniel Cannistra**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Weronika Bukowski**
(See above for address)
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**
*Bar Status: ACTIVE*

**Amicus**

**John C. Danforth**                    represented by    **John Bowers Brew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**
*Bar Status: ACTIVE*

**Daniel Cannistra**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Weronika Bukowski**
(See above for address)
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**
*Bar Status: ACTIVE*

**Amicus**

**Richard Epstein**                    represented by    **John Bowers Brew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**
*Bar Status: ACTIVE*

**Daniel Cannistra**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Weronika Bukowski**
(See above for address)
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**
*Bar Status: ACTIVE*

**Amicus**

**Charles Hagel**                    represented by    **John Bowers Brew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**
*Bar Status: ACTIVE*

**Daniel Cannistra**

(See above for address)
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Weronika Bukowski**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

<u>**Amicus**</u>

**Harold Hongju Koh**                    represented by    **John Bowers Brew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Daniel Cannistra**
(See above for address)
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Weronika Bukowski**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

<u>**Amicus**</u>

**Gerard Magliocca**                    represented by    **John Bowers Brew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Daniel Cannistra**
(See above for address)
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Weronika Bukowski**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

<u>**Amicus**</u>

**Michael McConnell**                    represented by    **John Bowers Brew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***

*Bar Status: ACTIVE*

**Daniel Cannistra**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Weronika Bukowski**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
*Bar Status: ACTIVE*

<u>**Amicus**</u>

**Michael Mukasey**                    represented by    **John Bowers Brew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
*Bar Status: ACTIVE*

**Daniel Cannistra**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Weronika Bukowski**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
*Bar Status: ACTIVE*

<u>**Amicus**</u>

**Alan Sykes**                    represented by    **John Bowers Brew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
*Bar Status: ACTIVE*

**Daniel Cannistra**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Weronika Bukowski**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
*Bar Status: ACTIVE*

<u>**Amicus**</u>

**John Daniel Tinder**                    represented by    **John Bowers Brew**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Daniel Cannistra**
(See above for address)
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Weronika Bukowski**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

<u>**Amicus**</u>

**Peter Wallison**                    represented by   **John Bowers Brew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Daniel Cannistra**
(See above for address)
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Weronika Bukowski**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

<u>**Amicus**</u>

**Philip Zelikow**                    represented by   **John Bowers Brew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Daniel Cannistra**
(See above for address)
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Weronika Bukowski**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Amicus**

**300 Below, Inc.**                    represented by    **Oliver James Dunford**
Pacific Legal Foundation
4440 PGA Boulevard
Suite 307
Palm Beach Gardens, FL 33410
(916) 503-9060
Fax: (916) 419-7747
Email: odunford@pacificlegal.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Amicus**

**KingSeal Corporation**              represented by    **Oliver James Dunford**
*doing business as*                                    (See above for address)
Wesco Enterprises, Inc.                                *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Amicus**

**Mischief, LLC**                     represented by    **Oliver James Dunford**
*doing business as*                                    (See above for address)
Mischief Toy Store                                     *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Amicus**

**Princess Awesome, LLC**             represented by    **Oliver James Dunford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Amicus**

**Upward Glance, LLC**                represented by    **Oliver James Dunford**
*doing business as*                                    (See above for address)
Quent Cordair Fine Art                                 *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Amicus**

**Rookie Mage Games LLC**             represented by    **Oliver James Dunford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Amicus**

**Spielcraft Games, LLC**             represented by    **Oliver James Dunford**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Amicus**

**Stonemaier, LLC**                    represented by **Oliver James Dunford**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*
                                       *Bar Status: ACTIVE*

**Amicus**

**Tinkerhouse, Inc.**                  represented by **Oliver James Dunford**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*
                                       *Bar Status: ACTIVE*

**Amicus**

**Reclamation Studio, LLC**            represented by **Oliver James Dunford**
*doing business as*                    (See above for address)
WitsEnd Mosaic                         *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*
                                       *Bar Status: ACTIVE*

**Amicus**

**XYZ Game Labs, Inc.**                represented by **Oliver James Dunford**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*
                                       *Bar Status: ACTIVE*

**Amicus**

**Institute for Policy Integrity**     represented by **Max R. Sarinsky**
                                       Institute for Policy at NYU School of Law
                                       Wilf Hall
                                       139 MacDougal Street
                                       Ste Third Floor
                                       New York, NY 10012
                                       (212) 992-8641
                                       Email: max.sarinsky@nyu.edu
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*
                                       *Bar Status: ACTIVE*

**Amicus**

**Chamber of Commerce of the United**  represented by **Gregory G. Garre**
**States of America**                  Latham & Watkins LLP
                                       555 Eleventh Street, NW
                                       Suite 1000
                                       Washington, DC 20004
                                       (202) 637-2200
                                       Email: gregory.garre@lw.com
                                       *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Amicus**

**Consumer Technology Association**        represented by  **Gregory G. Garre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/14/2025 | 1 | Summons . Filed by Jeffrey Michael Schwab of Liberty Justice Center on behalf of All Plaintiffs. (Schwab, Jeffrey) (Entered: 04/14/2025) |
| 04/14/2025 | 2 | Complaint against All Defendants. Answer due by 6/13/2025. Filed by Jeffrey Michael Schwab of Liberty Justice Center on behalf of All Plaintiffs.(Schwab, Jeffrey) (Entered: 04/14/2025) |
| 04/14/2025 | 3 | Form 5 Information Statement . Filed by Jeffrey Michael Schwab of Liberty Justice Center on behalf of All Plaintiffs. (Schwab, Jeffrey) (Entered: 04/14/2025) |
| 04/14/2025 | 4 | Form 11 Notice of Appearance . Filed by Jeffrey Michael Schwab of Liberty Justice Center on behalf of All Plaintiffs.(Schwab, Jeffrey) (Entered: 04/14/2025) |
| 04/14/2025 | 5 | Form 13 Corporate Disclosure Statement *for all Plaintiffs*. Filed by Jeffrey Michael Schwab of Liberty Justice Center on behalf of All Plaintiffs. (Schwab, Jeffrey) (Entered: 04/14/2025) |
| 04/14/2025 | 6 | Form 11 Notice of Appearance . Filed by Bridget F. Conlan of Liberty Justice Center on behalf of All Plaintiffs.(Conlan, Bridget) (Entered: 04/14/2025) |
| 04/14/2025 | 7 | Certificate of service . Filed by Bridget F. Conlan of Liberty Justice Center on behalf of All Plaintiffs. (Conlan, Bridget) (Entered: 04/14/2025) |
| 04/16/2025 | 8 | Order entered on 4/16/2025 assigning action to Judges Gary S. Katzmann, Timothy M. Reif and Jane A. Restani.(Swindell, Stephen) (Entered: 04/16/2025) |
| 04/17/2025 | 9 | Form 11 Notice of Appearance . Filed by Sosun Bae of U.S. Department of Justice on behalf of All Defendants.(Bae, Sosun) (Entered: 04/17/2025) |
| 04/18/2025 | 10 | Application/Motion for temporary restraining order , Application/Motion for preliminary injunction and or Summary Judgment for Permanent Injunction . Responses due by 4/21/2025. Filed by Bridget F. Conlan of Liberty Justice Center on behalf of All Plaintiffs.(Conlan, Bridget) Modified on 4/18/2025 (Swindell, Stephen). (Entered: 04/18/2025) |
| 04/18/2025 | 11 | Order entered on 4/18/2025 PAPERLESS ORDER - The Defendants are directed to file a response to Plaintiffs' Application for Temporary Restraining Order in the above captioned matter by close of business, Monday April 21, 2025. By the Panel (Swindell, Stephen) (Entered: 04/18/2025) |
| 04/21/2025 | 12 | Response *in Opposition* to Motion *for Temporary Restraining Order* (related document(s) 10 ). Filed by Sosun Bae of U.S. Department of Justice on behalf of All Defendants.(Bae, Sosun) (Entered: 04/21/2025) |
| 04/22/2025 | 13 | Order entered on 4/22/2025: Upon consideration of Plaintiffs' Application for a Temporary Restraining Order, April 18, 2025, ECF No. 10, Defendants' response |

| | | |
|---|---|---|
| | | thereto, April 21, 2025, ECF No. 12, and all other pertinent papers, and upon a determination that Plaintiffs have not clearly shown a likelihood that immediate and irreparable harm would occur before consideration of their Motion for Preliminary Injunction, April 18, 2025, ECF No. 10, it is hereby ORDERED that Plaintiffs' Application is DENIED. Defendants are directed to file a combined response to Plaintiffs' Motions for Preliminary Injunction and Summary Judgment, April 18, 2025, ECF No. 10, no later than close of business on April 29, 2025. This response shall be filed as a single document of no more than 14,000 words, and shall fully set forth all legal arguments relevant to Defendants' opposition to the entry of summary judgment in favor of Plaintiffs. Plaintiffs are directed to file a combined reply of no more than 10,000 words to all of Defendants' responsive filings no later than close of business on May 6, 2025. This reply shall also be filed as a single document. A hearing on all then-pending motions will take place at 11:00 a.m. in Courtroom 1 of the James L. Watson Courthouse on May 13, 2025. (Goell, Geoffrey) (Entered: 04/22/2025) |
| 04/23/2025 | 14 | Form 11 Notice of Appearance . Filed by George Allen, Steven Calabresi, Joshua Claybourn, John C. Danforth, Richard Epstein, Charles Hagel, Harold Hongju Koh, Gerard Magliocca, Michael McConnell, Michael Mukasey, Alan Sykes, John Daniel Tinder, Peter Wallison, Philip Zelikow of Crowell & Moring, LLP George Allen, Steven Calabresi, Joshua Claybourn, John C. Danforth, Richard Epstein, Charles Hagel, Harold Hongju Koh, Gerard Magliocca, Michael McConnell, Michael Mukasey, Alan Sykes, John Daniel Tinder, Peter Wallison, Philip Zelikow. (Bukowski, Weronika) (Entered: 04/23/2025) |
| 04/23/2025 | 15 | Form 13 Corporate Disclosure Statement . Filed by Weronika Bukowski of Crowell & Moring, LLP on behalf of George Allen. (Bukowski, Weronika) (Entered: 04/23/2025) |
| 04/23/2025 | 16 | Form 13 Corporate Disclosure Statement . Filed by Weronika Bukowski of Crowell & Moring, LLP on behalf of Alan Sykes. (Bukowski, Weronika) (Entered: 04/23/2025) |
| 04/23/2025 | 17 | Form 13 Corporate Disclosure Statement . Filed by Weronika Bukowski of Crowell & Moring, LLP on behalf of Charles Hagel. (Bukowski, Weronika) (Entered: 04/23/2025) |
| 04/23/2025 | 18 | Form 13 Corporate Disclosure Statement . Filed by Weronika Bukowski of Crowell & Moring, LLP on behalf of Gerard Magliocca. (Bukowski, Weronika) (Entered: 04/23/2025) |
| 04/23/2025 | 19 | Form 13 Corporate Disclosure Statement . Filed by Weronika Bukowski of Crowell & Moring, LLP on behalf of Harold Hongju Koh. (Bukowski, Weronika) (Entered: 04/23/2025) |
| 04/23/2025 | 20 | Form 13 Corporate Disclosure Statement . Filed by Weronika Bukowski of Crowell & Moring, LLP on behalf of John C. Danforth. (Bukowski, Weronika) (Entered: 04/23/2025) |
| 04/23/2025 | 21 | Form 13 Corporate Disclosure Statement . Filed by Weronika Bukowski of Crowell & Moring, LLP on behalf of John Daniel Tinder. (Bukowski, Weronika) (Entered: 04/23/2025) |
| 04/23/2025 | 22 | Form 13 Corporate Disclosure Statement . Filed by Weronika Bukowski of Crowell & Moring, LLP on behalf of Joshua Claybourn. (Bukowski, Weronika) (Entered: 04/23/2025) |

| 04/23/2025 | 23 | Form 13 Corporate Disclosure Statement . Filed by Weronika Bukowski of Crowell & Moring, LLP on behalf of Michael Mukasey. (Bukowski, Weronika) (Entered: 04/23/2025) |
|---|---|---|
| 04/23/2025 | 24 | Form 13 Corporate Disclosure Statement . Filed by Weronika Bukowski of Crowell & Moring, LLP on behalf of Michael McConnell. (Bukowski, Weronika) (Entered: 04/23/2025) |
| 04/23/2025 | 25 | Form 13 Corporate Disclosure Statement . Filed by Weronika Bukowski of Crowell & Moring, LLP on behalf of Peter Wallison. (Bukowski, Weronika) (Entered: 04/23/2025) |
| 04/23/2025 | 26 | Form 13 Corporate Disclosure Statement . Filed by Weronika Bukowski of Crowell & Moring, LLP on behalf of Philip Zelikow. (Bukowski, Weronika) (Entered: 04/23/2025) |
| 04/23/2025 | 27 | Form 13 Corporate Disclosure Statement . Filed by Weronika Bukowski of Crowell & Moring, LLP on behalf of Richard Epstein. (Bukowski, Weronika) (Entered: 04/23/2025) |
| 04/23/2025 | 28 | Form 13 Corporate Disclosure Statement . Filed by Weronika Bukowski of Crowell & Moring, LLP on behalf of Steven Calabresi. (Bukowski, Weronika) (Entered: 04/23/2025) |
| 04/23/2025 | 29 | Motion to appear as amicus curiae . Responses due by 5/14/2025. Filed by Weronika Bukowski of Crowell & Moring, LLP on behalf of Philip Zelikow, Peter Wallison, John Daniel Tinder, Alan Sykes, Michael Mukasey, Michael McConnell, Gerard Magliocca, Harold Hongju Koh, Charles Hagel, Richard Epstein, John C. Danforth, Joshua Claybourn, Steven Calabresi, George Allen. (Attachments: # 1 Brief)(Bukowski, Weronika) (Entered: 04/23/2025) |
| 04/28/2025 | 30 | Paperless Order entered on 4/28/2025: Upon consideration of the motion of proposed amici curiae for leave to file a Brief of Amici Curiae Constitutional Scholars, Retired Judges, and Former Public Officials in support of Plaintiffs, April 23, 2025, ECF No. 29 , it is hereby ORDERED by the panel that the motion is granted; and it is further ORDERED that the proposed brief is accepted for filing; and it is further ORDERED that the movants be permitted to participate in these proceedings as amici curiae. By the Panel. (Goell, Geoffrey) (Entered: 04/28/2025) |
| 04/28/2025 | 31 | Brief of Amici Curiae Constitutional Scholars, Retired Judges, and Former Public Officials deemed filed. (Goell, Geoffrey) (Entered: 04/28/2025) |
| 04/29/2025 | 32 | Response *in Opposition* to Motion *for Summary Judgment and Preliminary Injunction* (related document(s) 10 ). Replies due by 5/6/2025. Filed by Sosun Bae of U.S. Department of Justice on behalf of All Defendants.(Bae, Sosun) Modified on 4/30/2025 (Goell, Geoffrey). (Entered: 04/29/2025) |
| 04/29/2025 | 33 | The parties are referred to the scheduling order (ECF No. 10) set forth in Oregon v. Trump, CIT No. 25-00077. (Goell, Geoffrey) (Entered: 04/29/2025) |
| 05/06/2025 | 34 | Paperless Order entered on 5/6/2025: Concerning the hearing scheduled for May 13th, 2025 at 11 AM in Court No. 25-00066, V.O.S. Selections, Inc. et al v. Donald J. Trump et al, the Court is anticipating a fully public proceeding and making provisions to livestream the audio of the proceeding to the public. The parties are to respond to the Case Manager by close of business Wednesday, May 7, 2025 if they anticipate discussing confidential information during the proceeding or have any concerns with audio of the proceeding being livestreamed to the public. By the panel. (Goell, Geoffrey) (Entered: 05/06/2025) |

| 05/06/2025 | 35 | Reply *in support of Motion for Preliminary Injunction and Summary Judgment* (related document(s) 32 ). Filed by Jeffrey Michael Schwab of Liberty Justice Center on behalf of All Plaintiffs.(Schwab, Jeffrey) (Entered: 05/06/2025) |
|---|---|---|
| 05/08/2025 | 36 | Form 11 Notice of Appearance *for Eric Hamilton*. Filed by Sosun Bae of U.S. Department of Justice on behalf of All Defendants.(Bae, Sosun) (Entered: 05/08/2025) |
| 05/08/2025 | 37 | Motion for leave to *File an Amici Curiae Brief*. Responses due by 5/29/2025. Filed by Oliver James Dunford of Pacific Legal Foundation on behalf of 300 Below, Inc., KingSeal Corporation d/b/a Wesco Enterprises, Inc., Mischief, LLC d/b/a Mischief Toy Store, Princess Awesome, LLC, Upward Glance LLC d/b/a Quent Cordair Fine Art, Rookie Mage Games LLC, Spielcraft Games, LLC, Stonemaier, LLC, Tinkerhouse, Inc., Reclamation Studios LLC d/b/a WitsEnd Mosaic, XYZ Game Labs, Inc.. (Attachments: # 1 Brief of Amici Curiae Princess Awesome, LLC, et al.) (Dunford, Oliver) (Entered: 05/08/2025) |
| 05/08/2025 | 38 | Form 13 Corporate Disclosure Statement . Filed by Oliver James Dunford of Pacific Legal Foundation on behalf of XYZ Game Labs, Inc., Reclamation Studios LLC d/b/a WitsEnd Mosaic, Tinkerhouse, Inc., Stonemaier, LLC, Spielcraft Games, LLC, Rookie Mage Games LLC, Upward Glance LLC d/b/a Quent Cordair Fine Art, Princess Awesome, LLC, Mischief, LLC d/b/a Mischief Toy Store, KingSeal Corporation d/b/a Wesco Enterprises, Inc., 300 Below, Inc.. (Dunford, Oliver) (Entered: 05/08/2025) |
| 05/08/2025 | 39 | Motion to appear as amicus curiae . Responses due by 5/29/2025. Filed by Max R. Sarinsky of Institute for Policy at NYU School of Law on behalf of Institute for Policy Integrity. (Attachments: # 1 Brief Proposed Amicus Brief)(Sarinsky, Max) (Entered: 05/08/2025) |
| 05/08/2025 | 40 | Form 11 Notice of Appearance *of Oliver J. Dunford, Molly E. Nixon, and Joshua M. Robbins*. Filed by Oliver James Dunford of Pacific Legal Foundation on behalf of XYZ Game Labs, Inc., Reclamation Studios LLC d/b/a WitsEnd Mosaic, Tinkerhouse, Inc., Stonemaier, LLC, Spielcraft Games, LLC, Rookie Mage Games LLC, Upward Glance LLC d/b/a Quent Cordair Fine Art, Princess Awesome, LLC, Mischief, LLC d/b/a Mischief Toy Store, KingSeal Corporation d/b/a Wesco Enterprises, Inc., 300 Below, Inc..(Dunford, Oliver) (Entered: 05/08/2025) |
| 05/08/2025 | 41 | Form 11 Notice of Appearance . Filed by Max R. Sarinsky of Institute for Policy at NYU School of Law on behalf of Institute for Policy Integrity.(Sarinsky, Max) (Entered: 05/08/2025) |
| 05/08/2025 | 42 | Form 13 Corporate Disclosure Statement . Filed by Max R. Sarinsky of Institute for Policy at NYU School of Law on behalf of Institute for Policy Integrity. (Sarinsky, Max) (Entered: 05/08/2025) |
| 05/09/2025 | 43 | Order entered on 5/9/2025: Upon consideration of the motion by the Institute for Policy Integrity at New York University School of Law for Leave to File an Amicus Curiae Brief in Support of Plaintiffs' Pending Motion, May 8, 2025, ECF No. 39, it is hereby ORDERED by the panel that the motion is granted; and it is further ORDERED that the proposed brief is accepted for filing. SO ORDERED by the panel (Related Doc # 39 ). (Goell, Geoffrey) (Entered: 05/09/2025) |
| 05/09/2025 | 44 | Brief of Amici Curiae Institute for Policy Integrity deemed filed. (Goell, Geoffrey) (Entered: 05/09/2025) |
| 05/09/2025 | 45 | Information concerning public access of the audio livestream of the hearing scheduled for May 13th, 2025 at 11 AM is available on the Court's website at: |

| | | | |
|---|---|---|---|
| | | | https://www.cit.uscourts.gov/upcoming-court-proceedings-accessible-teleconference. (Goell, Geoffrey) (Entered: 05/09/2025) |
| 05/12/2025 | | 46 | Form 11 Notice of Appearance . Filed by Reilly Walsh Stephens of Liberty Justice Center on behalf of All Plaintiffs.(Stephens, Reilly) (Entered: 05/12/2025) |
| 05/12/2025 | | 47 | Form 11 Notice of Appearance . Filed by Ilya Somin of George Mason University on behalf of All Plaintiffs.(Somin, Ilya) (Entered: 05/12/2025) |
| 05/12/2025 | | 48 | Order entered on 5/12/2025: Upon consideration of the motion by Princess Awesome, LLC et al. for Leave to File an Amicus Curiae Brief, May 8, 2025, ECF No. 37, it is hereby ORDERED by the panel that the motion is granted; and it is further ORDERED that the proposed brief is accepted for filing. SO ORDERED by the panel (Related Doc # 37 ). (Goell, Geoffrey) (Entered: 05/12/2025) |
| 05/12/2025 | | 49 | Brief of Amici Curiae Princess Awesome, LLC et al deemed filed. (Goell, Geoffrey) (Entered: 05/12/2025) |
| 05/14/2025 | | 50 | Hearing held on May 13, 2025 at 11:00 a.m. in CIT Courtroom 1 . (Goell, Geoffrey) (Entered: 05/14/2025) |
| 05/16/2025 | | 51 | Form 11 Notice of Appearance *for Claudia Burke and Justin Miller*. Filed by Justin Reinhart Miller of U.S. Department of Justice on behalf of All Defendants.(Miller, Justin) (Entered: 05/16/2025) |
| 05/21/2025 | | 52 | Notice of Supplemental Authority filed. . Filed by Sosun Bae of U.S. Department of Justice on behalf of All Defendants.(Bae, Sosun) (Entered: 05/21/2025) |
| 05/23/2025 | | 53 | Notice of Exhibits (related document(s) 35 , 32 ). Filed by Claudia Burke of U.S. Department of Justice on behalf of All Defendants. (Burke, Claudia) (Entered: 05/23/2025) |
| 05/27/2025 | 🔒 | 54 | Transcript of Hearing held on 5/13/2025 filed with court. Pursuant to Administrative Order 08-01 re: the redaction of personal data identifiers. Notice of Intent to Redact Deadline due 6/3/2025. Redaction Request due 6/17/2025. Redacted Transcript Deadline set for 6/27/2025. Release of Transcript Restriction set for 8/25/2025. (Goell, Geoffrey) (Entered: 05/27/2025) |
| 05/28/2025 | | 55 | Order entered on 5/28/2025, Slip-Op. 25-66: The court grants Plaintiffs' Motions for Summary Judgment and denies Plaintiffs' Motions for Preliminary Injunction as moot. By the panel. (related document(s) 13 , 12 , 10 , 54 , 32 ) (Attachments: # 1 Cited Web Page(s)) (Chien, Jason) (Entered: 05/28/2025) |
| 05/28/2025 | | 56 | Judgment to Slip-Op. 25-66 entered on 5/28/2025: In accordance with the court's opinion of this date, it is hereby ORDERED that Executive Order 14193, Imposing Duties To Address the Flow of Illicit Drugs Across Our Northern Border, 90 Fed. Reg. 9113 (Feb. 1, 2025); Executive Order 14194, Imposing Duties To Address the Situation at Our Southern Border, 90 Fed. Reg. 9117 (Feb. 1, 2025); Executive Order 14195, Imposing Duties To Address the Synthetic Opioid Supply Chain in the People's Republic of China, 90 Fed. Reg. 9121 (Feb. 1, 2025); Executive Order 14257, Regulating Imports with a Reciprocal Tariff to Rectify Trade Practices that Contribute to Large and Persistent Annual United States Goods Trade Deficits, 90 Fed. Reg. 15041 (Apr. 2, 2025) (collectively, the "Challenged Tariff Orders"); and all modifications and amendments thereto; be, and hereby are, declared to be invalid as contrary to law; it is further ORDERED that the operation of the Challenged Tariff Orders and all modifications and amendments thereto be, and hereby is, permanently enjoined; it is further ORDERED that within 10 calendar days necessary administrative orders to effectuate the permanent injunction shall issue; |

| | | and it is further ORDERED that each party shall bear its own costs. <u>By the panel.</u> (related document(s) 55 ) (Chien, Jason) (Entered: 05/28/2025) |
|---|---|---|
| 05/28/2025 | 57 | Notice of Appeal of judgment of 05/28/2025 filed. (related document(s) 56 , 55 ). Filed by Claudia Burke of U.S. Department of Justice on behalf of All Defendants. (Burke, Claudia) (Entered: 05/28/2025) |
| 05/28/2025 | 58 | Appeal of *Slip-Op. 25-66* docketed on 5/28/2025 by the CAFC as appeal no. 2025-1812 (related document(s) 57 ). (Chien, Jason) (Entered: 05/28/2025) |
| 05/28/2025 | 59 | Motion to stay *enforcement of judgment pending appeal*. Responses due by 6/18/2025. Filed by Sosun Bae of U.S. Department of Justice on behalf of All Defendants.(Bae, Sosun) (Entered: 05/28/2025) |
| 05/29/2025 | 60 | Paperless Order entered on 5/29/2025: ORDERED that by 12 pm ET on May 30, 2025, Plaintiffs shall file a brief of no more than 5,000 words responding to the Government's Motion to Stay Enforcement of Judgment Pending Appeal, May 28, 2025, ECF No. 59. (Goell, Geoffrey) (Entered: 05/29/2025) |
| 05/29/2025 | 61 | Order entered on 5/29/2025 Paperless Order - ORDERED that the courts Order of May 29, 2025, ECF No. 60, is hereby amended; and it is further ORDERED that by 5 pm ET on June 2, 2025, Plaintiffs shall file a brief of no more than 5,000 words responding to the Governments Motion to Stay Enforcement of Judgment Pending Appeal, May 28, 2025, ECF No. 59.(Swindell, Stephen) (Entered: 05/29/2025) |
| 06/02/2025 | 62 | Response to Motion *to Stay Enforcement* (related document(s) 59 ). Filed by Jeffrey Michael Schwab of Liberty Justice Center on behalf of All Plaintiffs.(Schwab, Jeffrey) (Entered: 06/02/2025) |
| 06/03/2025 | 63 | Order entered on 6/3/2025: ORDERED that the USCIT Motions to Stay are HELD IN ABEYANCE pending the Federal Circuit's consideration of the Government's motion to stay this court's judgment pending appeal. (Goell, Geoffrey) (Entered: 06/03/2025) |
| 06/11/2025 | 64 | Order from CAFC *The motions for a stay pending appeal are granted. See Order*. (Goell, Geoffrey) (Entered: 06/11/2025) |
| 06/16/2025 | 65 | Paperless Order entered on 6/16/2025: Upon the Federal Circuit's Order granting a stay of the rulings enjoining certain Executive Orders imposing tariffs, June 11, 2025, ECF No. 64, it is hereby ORDERED that Defendants' Motion to Stay Enforcement of Judgment Pending Appeal, May 28, 2025, ECF No. 59, is DENIED as moot. (Goell, Geoffrey) (Entered: 06/16/2025) |
| 08/29/2025 | 66 | CAFC decision in appeal # *2025-1812, 2025-1813*. Decision: *AFFIRMED-IN-PART, VACATED-IN-PART, AND REMANDED-IN-PART* (related document(s) 58 , 64 ). (Swindell, Stephen) (Entered: 08/29/2025) |
| 08/29/2025 | 67 | CAFC Judgment *AFFIRMED-IN-PART, VACATED-IN-PART, and REMANDED-IN-PART* (related document(s) 66 ). (Swindell, Stephen) (Entered: 08/29/2025) |

| | | |
|---|---|---|
| 08/29/2025 | 68 | Order from CAFC *The Clerk is directed to withhold issuance of the mandate through October 14, 2025, during which the parties may file a petition for a writ of certiorari in the Supreme Court. If, within that period, any party notifies the Clerk in writing that it has filed a petition for a writ of certiorari, the Clerk is directed to withhold issuance of the mandate pending (1) the Supreme Courts denial of certiorari or (2) a judgment of the Supreme Court if certiorari is granted. While the issuance of the mandate is withheld, the United States Court of International Trade shall take no further action in this case.* (related document(s) 66 , 67 ). (Swindell, Stephen) (Entered: 08/29/2025) |
| 09/02/2025 | 69 | Order from CAFC *ERRATA issued* (related document(s) 66 ). (Goell, Geoffrey) (Entered: 09/02/2025) |
| 02/24/2026 | 70 | Form 11 Notice of Appearance . Filed by Neal Kumar Katyal of Milbank LLP on behalf of Terry Precision Cycling LLC, FishUSA Inc., MicroKits, LLC, Plastic Services and Products, LLC, V.O.S. Selections, Inc..(Katyal, Neal) (Entered: 02/24/2026) |
| 02/24/2026 | 71 | Form 11 Notice of Appearance . Filed by Colleen Elizabeth Roh Sinzdak of Milbank LLP on behalf of Terry Precision Cycling LLC, FishUSA Inc., MicroKits, LLC, Plastic Services and Products, LLC, V.O.S. Selections, Inc..(Roh Sinzdak, Colleen) (Entered: 02/24/2026) |
| 02/24/2026 | 72 | Motion for permanent injunction . Responses due by 3/17/2026. Filed by Neal Kumar Katyal of Milbank LLP on behalf of Terry Precision Cycling LLC, FishUSA Inc., MicroKits, LLC, Plastic Services and Products, LLC, V.O.S. Selections, Inc.. (Katyal, Neal) (Entered: 02/24/2026) |
| 03/02/2026 | 73 | CAFC mandate in appeal # *2025-1812*. Mandate issued on *3/2/2026* (related document(s) 57 ). (Goell, Geoffrey) (Entered: 03/02/2026) |
| 03/04/2026 | 74 | Form 11 Notice of Appearance *for Gregory G. Garre, Roman Martinez, Soren J. Schmidt, Jonathan T. Stoel, Katherine Wellington, Nicholas R. Sparks*. Filed by Gregory G. Garre of Latham & Watkins LLP on behalf of Chamber of Commerce of the United States of America, Consumer Technology Association.(Garre, Gregory) (Entered: 03/04/2026) |
| 03/04/2026 | 75 | Form 13 Corporate Disclosure Statement . Filed by Gregory G. Garre of Latham & Watkins LLP on behalf of Chamber of Commerce of the United States of America. (Garre, Gregory) (Entered: 03/04/2026) |
| 03/04/2026 | 76 | Form 13 Corporate Disclosure Statement . Filed by Gregory G. Garre of Latham & Watkins LLP on behalf of Consumer Technology Association. (Garre, Gregory) (Entered: 03/04/2026) |
| 03/04/2026 | 77 | Unopposed Motion to appear as amicus curiae . Responses due by 3/25/2026. Filed by Gregory G. Garre of Latham & Watkins LLP on behalf of Consumer Technology Association, Chamber of Commerce of the United States of America. (Attachments: # 1 Amici Brief, # 2 Proposed Order)(Garre, Gregory) (Entered: 03/04/2026) |
| 03/05/2026 | 78 | Motion to Expedite *Status Conference*. Responses due by 3/26/2026. Filed by Neal Kumar Katyal of Milbank LLP on behalf of Terry Precision Cycling LLC, FishUSA Inc., MicroKits, LLC, Plastic Services and Products, LLC, V.O.S. Selections, Inc.. (Katyal, Neal) (Entered: 03/05/2026) |
| 03/06/2026 | 79 | Paperless Order entered on 3/6/2026: With regard to Plaintiffs' Motion for Permanent Injunctive Relief, Feb. 24, 2026, ECF No. 72, proceedings in this matter |

| | | |
|---|---|---|
| | | are hereby stayed for 90 days. So ordered by the Panel. (Chien, Jason) (Entered: 03/06/2026) |
| 03/17/2026 | 80 | Order entered on 3/17/2026 ORDERED: Pursuant to 28 U.S.C. 253(c) and Rule 77 (e) (4) of the Rules of the Court, this case, previously assigned to the three-judge panel consisting of Judge Gary S. Katzmann, Judge Timothy M. Reif, and Judge Jane A. Restani, is reassigned to Judge Richard K. Eaton. ORDERED: This case is stayed sua sponte, until further notice. ORDERED: Any party seeking to lift the stay must provide good cause.(Swindell, Stephen) (Entered: 03/17/2026) |
| 04/17/2026 | 81 | Order entered on 4/17/2026: ORDERED that the stay in this case is lifted sua sponte; and it is further ORDERED that counsel shall confer with counsel for plaintiffs in AGS Company Automotive Solutions v. United States (1:25-cv-00255-RKE) and Grant & Bowman, Inc. v. United States (1:25-cv-00689-RKE), and transmit to the court by April 24, 2026, the names of up to three lawyers to serve as representatives at the closed settlement conference that is scheduled in Euro-Notions Florida, Inc. v. United States (1:25-cv-00595-RKE), ECF No. 19, for April 28, 2026, at 2:00 p.m. EDT. The three lawyers will be in addition to counsel for Euro-Notions Florida, Inc. Court No. 25-00066 Page 2 and may include lawyers from any of the law firms listed on page 10 of the motion to lift the stay filed in AGS Company Automotive Solutions v. United States (1:25-cv-00255-RKE), ECF No. 40. (Goell, Geoffrey) (Entered: 04/17/2026) |
| 04/17/2026 | 82 | Order entered on 4/17/2026: ORDERED that, with respect to any and all unliquidated entries that were entered subject to IEEPA duties, U.S. Customs and Border Protection is hereby directed to liquidate those entries without regard to the IEEPA duties. Any liquidated entries for which liquidation is not final shall be reliquidated without regard to those duties. Any liquidated entries for which liquidation is final shall be reliquidated without regard to the IEEPA duties. For the avoidance of doubt, nothing in this order addresses issues concerning duty free de minimis treatment under 19 U.S.C. § 1321 that are otherwise before this Court. See Axle of Dearborn, Inc. v. Department of Commerce et al. (1:25-cv-00091-3JP); and it is further ORDERED that this order is suspended to the extent that it requires immediate compliance. (Goell, Geoffrey) (Entered: 04/17/2026) |
| 04/20/2026 | 83 | Order entered on 4/20/2026: Ordered that Motion for permanent injunction, Motion to appear as amicus curiae and Motion for Expedited Status Conference ECF Nos. 72, 77, and 78, are DENIED. (Goell, Geoffrey) (Entered: 04/20/2026) |
| 04/20/2026 | 84 | Order entered on 4/20/2026: ORDERED that this matter is STAYED, except with respect to the court's instructions to counsel that are set forth in its April 17, 2026, order (ECF No. 81) concerning the transmission to the court, by April 24, 2026, of the names of up to three lawyers to serve as representatives at the closed settlement conference that is scheduled in Euro-Notions Florida, Inc. v. United States (1:25-cv-00595-RKE) for April 28, 2026, at 2:00 p.m. EDT. (Goell, Geoffrey) (Entered: 04/20/2026) |
| 04/22/2026 | 85 | Form 11 Notice of Appearance . Filed by Jessica Changlu Huang of Milbank LLP on behalf of Terry Precision Cycling LLC, FishUSA Inc., MicroKits, LLC, Plastic Services and Products, LLC, V.O.S. Selections, Inc..(Huang, Jessica) (Entered: 04/22/2026) |
| 05/27/2026 | 86 | Order to Show Cause entered on 5/27/2026: ORDERED that the stay in this case is lifted sua sponte; it is further ORDERED that the parties are directed to show cause as to why the court should not remove the suspension of immediate compliance with its order that U.S. Customs and Border Protection ("Customs") liquidate or reliquidate, without regard to IEEPA duties, all entries entered subject to IEEPA |

| | | |
|---|---|---|
| | | duties; it is further ORDERED that by 4:00 p.m. EDT on June 4, 2026, each of the parties shall submit a brief, not longer than 10 pages, in response to this Order to Show Cause; and it is further ORDERED that a hearing on this Order to Show Cause is scheduled for June 9, 2026, at 1:30 p.m. EDT in Courtroom 1, located at One Federal Plaza, New York, New York 10278. The Honorable Commissioner Rodney S. Scott, U.S. Customs and Border Protection, is directed to appear to answer the court's questions as to the anticipated timing of Customs' compliance with the court's order. All Counsel and the Commissioner are directed to appear at the hearing in person. (Goell, Geoffrey) (Entered: 05/27/2026) |
| 05/27/2026 | 87 | Notice from the Court *: The Order to Show Cause Hearing scheduled for June 9, 2026 at 1:30 p.m. EDT will now take place in CIT Courtroom 2.* (Goell, Geoffrey) (Entered: 05/27/2026) |
| 05/29/2026 | 88 | Motion to alter/amend/correct *the Court's May 27, 2026 Order*. Responses due by 6/22/2026. Filed by Claudia Burke of U.S. Department of Justice on behalf of All Defendants. (Attachments: # 1 Declaration)(Burke, Claudia) (Entered: 05/29/2026) |
| 05/29/2026 | 89 | Order entered on 5/29/2026 denying Motion to amend order. ORDERED that Defendants' Motion to Amend Order, ECF No. 88, is denied. See order for further details (Related Doc # 88 ). (Goell, Geoffrey) (Entered: 05/29/2026) |
| 06/02/2026 | 90 | Form 11 Notice of Appearance *and substitution*. Filed by Claudia Burke of U.S. Department of Justice on behalf of All Defendants.(Burke, Claudia) (Entered: 06/02/2026) |
| 06/02/2026 | 91 | Notice of Interlocutory Appeal of 4/17 injunction filed. (related document(s) 82 ). Filed by Claudia Burke of U.S. Department of Justice on behalf of All Defendants. (Burke, Claudia) (Entered: 06/02/2026) |
| 06/02/2026 | 92 | Order from CAFC *Notice of Docketing 2026-144 regarding the petition for writ of mandamus that has been filed*. (Taronji, Steve) (Entered: 06/02/2026) |

UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| V.O.S. SELECTIONS, INC.; PLASTIC SERVICES AND PRODUCTS, LLC d/b/a GENOVA PIPE; MICROKITS, LLC; FISHUSA INC.; and TERRY PRECISION CYCLING LLC; | : : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Before: Richard K. Eaton, Judge |
| THE UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, in his official capacity as Acting Commissioner for United States Customs and Border Protection; JAMIESON GREER, in his official capacity as United States Trade Representative; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; and HOWARD LUTNICK, in his official capacity as Secretary of Commerce; | : : : : : : : : : : : : : | Court No. 25-00066 |
| Defendants. | : : | |

**ORDER**

Plaintiffs V.O.S. Selections, Inc.; Plastic Services and Products, LLC d/b/a Genova Pope; Microkits, LLC; FishUSA Inc.; and Terry Precision Cycling LLC ("Plaintiffs") are the importers of record of entries that entered the United States subject to duties imposed by various Executive Orders pursuant to the International Emergency Economic Powers Act ("IEEPA"). Plaintiffs commenced this lawsuit seeking, inter alia, injunctive and monetary relief, including "damages in the amount of any tariffs collected by Defendants pursuant to the challenged orders." Compl. at 24, ECF No. 2.

Plaintiffs' entries are among the millions of entries that were entered subject to IEEPA duties, which the Supreme Court ruled unlawful in *Learning Resources, Inc. v. Trump*, 2026 WL 477534 (U.S. Feb. 20, 2026). All importers of record whose entries were subject to IEEPA duties are entitled to the benefit of the *Learning Resources* decision.

In *Trump v. CASA, Inc.*, the Supreme Court held "that universal injunctions are impermissible." 606 U.S. 831, 865 (2025). That holding, however, does not apply to the orders that will be issued in this case. The Court's discussion of "whether, under the Judiciary Act of 1789, federal courts have equitable authority to issue universal injunctions" does not constitute a legal direction to this Court. *Id.* at 839. Nearly 200 years after the Judiciary Act of 1789, the United States Court of International Trade was established pursuant to the Customs Courts Act of 1980, Pub. L. No. 96-417, 94 Stat. 1727 (codified as amended in scattered sections of 28 U.S.C.). To that end the Court was provided with national geographic jurisdiction. *See* 28 U.S.C. § 1581.

The Court was also given exclusive subject matter jurisdiction to hear claims like those presented in this case. This exclusive jurisdiction was recently acknowledged by the Supreme Court. *See Learning Res., Inc.*, 2026 WL 477534, at *6 n.1 ("We agree with the Federal Circuit that the *V.O.S. Selections* case falls within the exclusive jurisdiction of the [United States Court of International Trade]."). That is, the parties to a case in no other court will be bound by this order. Moreover, when establishing this Court, Congress cited "[c]onsiderations of judicial economy, and the need to increase the availability of judicial review in the field of international trade in a manner which results in uniformity without sacrificing the expeditious resolution of import-related disputes." 126 CONG. REC. S13344 (daily ed. Sept. 24, 1980) (statement of Sen. Dennis DeConcini). The Constitution requires this uniformity. U.S. CONST. art. I § 8, cl. 1 (providing that "all Duties, Imposts and Excises shall be uniform throughout the United States").

Court No. 25-00066                                                                 Page 3

Finally, the Chief Judge has indicated that I am the only judge who will hear cases pertaining to the refund of IEEPA duties. So there is no danger that another Judge, even one in this Court, will reach any contrary conclusions. To find otherwise would be to thwart the efficient administration of justice and to deny those importers who have filed suit the efficient resolution of their claims, and to deny entirely importers who have not filed suit the benefit of the *Learning Resources* decision.

Accordingly, it is hereby

**ORDERED** that, with respect to any and all unliquidated entries that were entered subject to IEEPA duties, U.S. Customs and Border Protection is hereby directed to liquidate those entries without regard to the IEEPA duties. Any liquidated entries for which liquidation is not final shall be reliquidated without regard to those duties. Any liquidated entries for which liquidation is final shall be reliquidated without regard to the IEEPA duties. For the avoidance of doubt, nothing in this order addresses issues concerning duty free de minimis treatment under 19 U.S.C. § 1321 that are otherwise before this Court. *See Axle of Dearborn, Inc. v. Department of Commerce et al.* (1:25-cv-00091-3JP); and it is further

**ORDERED** that this order is suspended to the extent that it requires immediate compliance.

_____/s/ Richard K. Eaton_____
Judge

Dated:  April 17, 2026
        New York, New York