# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number**   26-1895

**Short Case Caption**   V.O.S. Selections, Inc. et al. v. Trump

**Filing Party/Entity**   Plaintiffs-Appellees

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

V.O.S. Selections, Inc. v. Trump
No. 25-1812
Court of International Trade
149 F.4th 1312 (Fed. Cir. 2025) (en banc)

Oregon v. Trump
No. 25-1813
Court of International Trade
149 F.4th 1312 (Fed. Cir. 2025) (en banc)

☐   Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

---

V.O.S. Selections, Inc.; Plastic Services and Products, LLC d/b/a Genova Pipe; Microkits, LLC; FishUSA Inc.; Terry Precision Cycling, LLC; Donald J. Trump; Executive Office of the President; Rodney S. Scott; Jamieson Greer; Office of the United States Trade Representative; Howard Lutnick; United States Customs and Border Protection; Oregon; Arizona; Colorado; Connecticut; Delaware; Illinois; Maine; Minnesota; Nevada; New Mexico; New York; Vermont; Kristi Noem; United States Department of Homeland Security; United States

---

☐    Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

---

Milbank LLP: Neal Kumar Katyal; Colleen E. Roh Sinzdak; Ezra P. Louvis; Samantha K. Ilagan. Wilson Sonsini Goodrich & Rosati, PC: Michael W. McConnell; Steffen N. Johnson; Paul N. Harold. Liberty Justice Center: Jeffrey M. Schwab; Reilly Stephens; James McQuaid; Bridget F. Conlan. George Mason Univ. L. Sch.: Ilya Somin. U.S. Department of Justice: Brett A. Shumate; Michael S. Raab; Bradley Hinshelwood; Daniel Winik; Sophia Shams. Oregon Department of Justice: Benjamin N. Gutman; Christopher Perdue; Leigh Salmon; Dustin Buehler. Office of Arizona Attorney General: Joshua Bendor; Syreeta Tyrell. Colorado Department of Law: Sarah Hunter Weiss. Office of Connecticut Attorney General: Michael Skold.

---

☑    Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/17/2026

Signature:  /s/ Neal Kumar Katyal

Name:    Neal Kumar Katyal

**3. Names of all law firms, partners, and associates in the cases listed above (contd.).**

Delaware Department of Justice; Ian Liston; Vanessa L. Kassab; Office of Illinois Attorney General; Sarah A. Hunger; Office of Maine Attorney General; Vivian Mikhail; Office of Minnesota Attorney General; Peter Farrell; Office of Nevada Attorney General; Heidi Parry Stern; New Mexico Department of Justice; Amy Senier; Office of New York State Attorney General; Ester Murdukhayeva; Rabia Muqaddam; Vermont Office of the Attorney General; Ryan P. Kane.