NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**V.O.S. SELECTIONS, INC., PLASTIC SERVICES AND PRODUCTS, LLC, dba Genova Pipe, MICROKITS, LLC, FISHUSA INC., TERRY PRECISION CYCLING LLC,**
*Plaintiffs-Appellees*

**v.**

**DONALD J. TRUMP, in his official capacity as President of the United States, EXECUTIVE OFFICE OF THE PRESIDENT, UNITED STATES, RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection, in his official capacity as Commissioner of the United States Customs and Border Protection, JAMIESON GREER, U.S. Trade Representative, in his official capacity as United States Trade Representative, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, HOWARD LUTNICK, Secretary of Commerce, in his official capacity as Secretary of Commerce, UNITED STATES CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellants*

---

2026-1895

---

Appeal from the United States Court of International Trade in No. 1:25-cv-00066-RKE, Senior Judge Richard K. Eaton.

-----------------------------------------------------

**AGS COMPANY AUTOMOTIVE SOLUTIONS, et al.,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection, in his official capacity as Commissioner of U.S. Customs and Border Protection, UNITED STATES,**
*Defendants-Appellants*

————————————

2026-1897

————————————

Appeal from the United States Court of International Trade in Nos. 1:25-cv-00246-RKE, 1:25-cv-00249-RKE, 1:25-cv-00251-RKE, 1:25-cv-00252-RKE, 1:25-cv-00253-RKE, 1:25-cv-00254-RKE, 1:25-cv-00255-RKE, 1:25-cv-00256-RKE, 1:25-cv-00257-RKE, 1:25-cv-00260-RKE, 1:25-cv-00262-RKE, 1:25-cv-00263-RKE, 1:25-cv-00264-RKE, 1:25-cv-00266-RKE, 1:25-cv-00267-RKE, 1:25-cv-00268-RKE, 1:25-cv-00269-RKE, 1:25-cv-00270-RKE, 1:25-cv-00271-RKE, 1:25-cv-00274-RKE, 1:25-cv-00275-RKE, 1:25-cv-00276-RKE, 1:25-cv-00277-RKE, 1:25-cv-00278-RKE, 1:25-cv-00281-RKE, 1:25-cv-00285-RKE, 1:25-cv-00286-RKE, 1:25-cv-00288-RKE, 1:25-cv-00290-RKE, 1:25-cv-00292-RKE, 1:25-cv-00293-RKE, 1:25-cv-00294-RKE, 1:25-cv-00295-RKE, 1:25-cv-00296-RKE, 1:25-cv-00297-RKE, 1:25-cv-00301-RKE, 1:25-cv-00302-RKE, 1:25-cv-00304-RKE, 1:25-cv-00305-RKE, 1:25-cv-00306-RKE, 1:25-cv-00308-RKE, 1:25-cv-00310-RKE, 1:25-cv-00311-RKE, 1:25-cv-00316-RKE, 1:25-cv-00326-RKE, 1:25-cv-00329-RKE, 1:25-cv-00331-RKE, 1:25-cv-00333-RKE, 1:25-cv-00347-RKE, 1:25-cv-00348-RKE, 1:25-cv-00351-RKE, 1:25-cv-

00387-RKE, 1:25-cv-00437-RKE, 1:25-cv-00448-RKE, 1:25-cv-00451-RKE, 1:25-cv-00463-RKE, 1:25-cv-00473-RKE, 1:25-cv-00479-RKE, 1:25-cv-00498-RKE, 1:25-cv-00499-RKE, 1:25-cv-00501-RKE, 1:25-cv-00502-RKE, 1:25-cv-00503-RKE, 1:25-cv-00505-RKE, 1:25-cv-00520-RKE, 1:25-cv-00525-RKE, 1:25-cv-00526-RKE, 1:25-cv-00529-RKE, 1:25-cv-00530-RKE, 1:25-cv-00540-RKE, 1:25-cv-00559-RKE, 1:25-cv-00563-RKE, 1:25-cv-00569-RKE, 1:25-cv-00575-RKE, 1:25-cv-00579-RKE, 1:25-cv-00593-RKE, 1:25-cv-00694-RKE, 1:25-cv-00696-RKE, 1:25-cv-00704-RKE, 1:25-cv-00710-RKE, 1:25-cv-00712-RKE, 1:25-cv-00713-RKE, 1:25-cv-00724-RKE, 1:25-cv-00737-RKE, 1:25-cv-00739-RKE, 1:25-cv-00740-RKE, 1:25-cv-00779-RKE, 1:25-cv-00789-RKE, 1:25-cv-00799-RKE, 1:25-cv-00820-RKE, 1:25-cv-00832-RKE, 1:25-cv-00836-RKE, 1:25-cv-00842-RKE, 1:25-cv-00849-RKE, 1:25-cv-00852-RKE, 1:25-cv-00854-RKE, 1:25-cv-00855-RKE, 1:25-cv-00856-RKE, 1:25-cv-00857-RKE, 1:25-cv-00859-RKE, 1:25-cv-00867-RKE, 1:25-cv-00879-RKE, 1:25-cv-00881-RKE, 1:25-cv-00885-RKE, 1:25-cv-00896-RKE, and 1:25-cv-00900-RKE, Senior Judge Richard K. Eaton.

-------------------------------------------------

**EURO-NOTIONS FLORIDA, INC.,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection, in his official capacity as Commissioner of U.S. Customs and Border Protection, UNITED STATES,**
*Defendants-Appellants*

————————————

2026-1898

————————————

Appeal from the United States Court of International Trade in No. 1:25-cv-00595-RKE, Senior Judge Richard K. Eaton.

------------------------------------------------------

**GRANT & BOWMAN, INC.,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection, in his official capacity as Commissioner of U.S. Customs and Border Protection, UNITED STATES,**
*Defendants-Appellants*

————————————

2026-1899

————————————

Appeal from the United States Court of International Trade in No. 1:25-cv-00689-RKE, Senior Judge Richard K. Eaton.

————————————

**ON MOTION**

————————————

**O R D E R**

Upon consideration of the government's unopposed motions to consolidate these appeals,

IT IS ORDERED THAT:

The motions are granted. The appeals are consolidated, such that only one set of briefs should be filed for the

appeals, and the official caption is revised as reflected in this order.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

June 26, 2026
Date