**IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

| | |
|---|---|
| EURO-NOTIONS FLORIDA, INC., | |
| Plaintiff-Appellee, | |
| v. | No. 2026-1898 |
| UNITED STATES CUSTOMS AND BORDER PROTECTION, et al., | |
| Defendants-Appellants. | |

## UNOPPOSED MOTION TO DISMISS APPEAL

On June 2, the government filed this appeal from a preliminary injunction. On June 26, the Court granted the government's motion to consolidate this appeal with three other appeals (Nos. 2026-1895, -1897, and -1899) from the same preliminary injunction as entered in different cases.

On July 16, plaintiff voluntarily dismissed the underlying action in the Court of International Trade (CIT). The CIT entered the dismissal on July 17. Because "a preliminary injunction … 'is *ipso facto* dissolved by a dismissal of the complaint or the entry of a final decree in the cause,'" this appeal is now moot, *Fundicao Tupy S.A. v. United States*, 841 F.2d 1101, 1103 (Fed. Cir. 1988), and the government therefore moves to dismiss it under Federal Rule of

Appellate Procedure 42(b)(2), with each party to bear its own costs.  Plaintiff

consents to this motion.

The consolidated appeals (Nos. 2026-1895, -1897, and -1899) remain

live.

Respectfully submitted,

BRAD HINSHELWOOD
DANIEL WINIK

/s/ *Sophia Shams*
SOPHIA SHAMS
DOUGLAS C. DREIER
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7213*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   (202) 514-2495

**CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in 14-point Book Antiqua, a proportionally spaced font, and complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 149 words, according to Microsoft Word.

/s/ <em>Sophia Shams</em><br>Sophia Shams