# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| V.O.S. SELECTIONS, INC., et al., | |
| Plaintiffs-Appellees, | |
| v. | No. 26-1895 |
| U.S. CUSTOMS AND BORDER PROTECTION, et al., | |
| Defendants-Appellants. | |
| AGS COMPANY AUTOMOTIVE SOLUTIONS, et al., | |
| Plaintiffs-Appellees, | |
| v. | No. 26-1897 |
| UNITED STATES OF AMERICA, et al., | |
| Defendants-Appellants. | |
| EURO-NOTIONS FLORIDA, INC., | |
| Plaintiff-Appellee, | |
| v. | No. 26-1898 |
| U.S. CUSTOMS AND BORDER PROTECTION, et al., | |
| Defendants-Appellants. | |
| GRANT & BOWMAN, INC., | |
| Plaintiff-Appellee, | |
| v. | No. 26-1899 |
| U.S. CUSTOMS AND BORDER PROTECTION, et al., | |
| Defendants-Appellants. | |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME

The government hereby moves for a seven-day extension, to August 10, 2026, of the deadline to file its opening brief and appendix. Plaintiffs do not oppose this motion.

1.      These appeals arise from four substantively identical injunctions that the Court of International Trade (CIT) entered in four separate cases. All four suits seek refunds of tariffs imposed by the President under the International Emergency Economic Powers Act (IEEPA) and subsequently held invalid by the Supreme Court in *Learning Resources, Inc. v. Trump*, 146 S. Ct. 628 (2026).  The government filed a notice of appeal in each case, and this Court consolidated the appeals.  The government moved to voluntarily dismiss one of these four appeals (No. 26-1898) on July 20 in light of the corresponding plaintiff's voluntary dismissal of that case in the CIT, and that motion is currently pending.

The government's opening brief and appendix are currently due August 3, 2026.  No oral argument date has been set.

2.      The requested extension is necessary to allow the government adequate time to prepare an opening brief.

Daniel Winik, Douglas Dreier, and Sophia Shams are the attorneys at the Department of Justice with primary responsibility for drafting the

government's brief. Mr. Winik is responsible for several other litigation matters with recent deadlines, including *National Ass'n of the Deaf v. Trump*, No. 25-5402 (D.C. Cir.) (reply brief filed July 7); *U.S. ex rel. Taylor v. Healthcare Associates of Texas*, No. 25-10842 (5th Cir.) (reply brief filed July 10); *Louisiana v. FDA*, No. 26-30203 (5th Cir.) (response brief filed July 15); *Oregon v. Trump*, No. 26-1804 (Fed. Cir.) (opening brief filed July 21); and *Aaron v. United States*, No. 26-20091 (5th Cir.) (supervised response brief filed July 23). Mr. Dreier's recent deadlines include *Dickinson v. Trump.*, No. 26-1609 (9th Cir.) (oral argument on July 10); *Oregon v. Trump*, No. 26-1804 (Fed. Cir.) (opening brief filed July 21); *Leopold v. DOJ*, No. 26-5077 (D.C. Cir.) (response brief filed July 22); and *Klein v. USPS*, No. 25-3965 (6th Cir.) (oral argument on July 23). Ms. Shams's recent and upcoming deadlines include *Johnson v. United States*, No. 26-10728 (11th Cir.) (response brief filed July 15); *Oregon v. Trump*, No. 26-1804 (Fed. Cir.) (opening brief filed July 21); and *Mattia v. Whitehouse*, No. 25-6118 (9th Cir.) (oral argument on August 12).

Brad Hinshelwood is the attorney with supervisory responsibility over this case. Mr. Hinshelwood is responsible for several other matters with upcoming deadlines, including *In re 2025 Subpoena to Children's National Hospital*, No. 26-1104 (4th Cir.) (reply brief due July 28); *Guertin v. United*

*States*, No. 26-5033 (D.C. Cir.) (response brief due July 31); *Defense Distributed v. Blanche*, No. 26-10244 (5th Cir.) (response brief due August 7); *In re Administrative Subpoena No. 25-1431-019*, No. 25-2092 (1st Cir.) (reply brief due August 11); *K.I. v. Sullivan*, No. 26-849 (2d Cir) (response brief due August 12); *NY Times Co. v. Department of Defense*, No. 26-5113 (opening brief due August 13 as extended); *Flowers Title Cos. LLC v. Bessent*, No. 26-40285 (5th Cir.) (opening brief due August 17); *New York v. Department of Transportation*, No. 26-1097 (response brief due August 20); and *DiNapoli v. Kennedy*, No. 26-5088 (D.C. Cir.) (response brief due August 21 as extended).

3.     In light of these litigation matters, the government respectfully requests a seven-day extension of time, to and including August 10, 2026, to prepare the opening brief and appendix.  A seven-day extension will not appreciably delay the resolution of the case, and counsel will exercise diligence in preparing the brief in the time requested.

4.     Plaintiffs do not oppose this motion.  The government has not previously sought or received an extension for its opening brief and appendix in this case.

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*

ERIC D. MCARTHUR
  *Deputy Assistant Attorney General*

BRAD HINSHELWOOD
DANIEL WINIK

 */s/ Sophia Shams*
SOPHIA SHAMS
DOUGLAS C. DREIER
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7213*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 305-1754*
  *Sophia.Shams@usdoj.gov*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 622 words.  This motion was prepared using Word for Microsoft 365 in 14-point Book Antiqua, a proportionally spaced typeface.

 /s/ *Sophia Shams*
Sophia Shams