# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439



JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000


August 19, 2026

**NOTICE OF REVISED CAPTION**

Re: V.O.S. Selections, Inc. v. Trump, Appeal No. 2026-1895

The court's official caption has been revised to remove the Appellee designation for Turn5, Inc., Magnell Associate, Inc., et al.

Please review the attached caption carefully and promptly advise this court in writing of any improper or inaccurate designations. The revised caption should be used on all future filings with the court. Previously submitted documents do not require correction.

Sincerely,

Jarrett B. Perlow
Clerk of Court

By: M. Ames, Deputy Clerk

Attachment: Revised Official Caption

**Official Caption**

**V.O.S. SELECTIONS, INC., PLASTIC SERVICES AND PRODUCTS, LLC, dba Genova Pipe, MICROKITS, LLC, FISHUSA INC., TERRY PRECISION CYCLING LLC,**
*Plaintiffs-Appellees*

**v.**

**DONALD J. TRUMP, in his official capacity as President of the United States, EXECUTIVE OFFICE OF THE PRESIDENT, UNITED STATES, RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection, in his official capacity as Commissioner of the United States Customs and Border Protection, JAMIESON GREER, U.S. Trade Representative, in his official capacity as United States Trade Representative, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, HOWARD LUTNICK, Secretary of Commerce, in his official capacity as Secretary of Commerce, UNITED STATES CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellants*

------------------------------------------------

**AGS COMPANY AUTOMOTIVE SOLUTIONS,**
*Plaintiff-Appellee*

**TURN5, INC., et al.,**
*Plaintiffs*

**v.**

**UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection, in his official capacity as Commissioner of U.S. Customs and Border Protection, UNITED STATES,**
*Defendants-Appellants*

------------------------------------------------

**GRANT & BOWMAN, INC.,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection, in his official capacity as Commissioner of U.S. Customs and Border Protection, UNITED STATES,**

*Defendants-Appellants*

**Short Caption**

V.O.S. Selections, Inc. v. Trump