Crowell

**Daniel W. Wolff**
dwolff@crowell.com
(202) 624-2621 direct

Crowell & Moring LLP
600 Fifth Street, NW
Washington, DC 20001
+1.202.624.2500 main
+1.202.628.5116 fax

August 21, 2026

Jarrett B. Perlow
Clerk of the Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

**Re: *V.O.S. Selections, Inc. v. Trump*, No. 26-1895; *AGS Company Automotive Solutions v. United States Customs and Border Protection,* No. 26-1897 (Consolidated)**

Dear Mr. Perlow:

Pursuant to the Practice Notes to Federal Circuit Rule 12, AGS Company Automotive Solutions ("AGS"), appellee in No. 26-1897, writes to notify the Court that it will not participate in these proceedings and, accordingly, will not be filing a brief. Please remove AGS from the official caption of the consolidated appeals.

Respectfully submitted,

/s/ Daniel W. Wolff
Daniel W. Wolff

*Counsel for AGS Company Automotive Services*