**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

| | |
|---|---|
| V.O.S. Selections, *et al.*,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>Defendants-Appellants. | No. 26-1895 |
| AGS CO. AUTOMOTIVE SOLUTIONS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION, *et al.*,<br><br>Defendants-Appellants. | No. 26-1897 |
| GRANT & BOWMAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION, *et al.*,<br><br>Defendants-Appellants. | No. 26-1899 |

## **UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b)(3), Plaintiffs-Appellees V.O.S. Selections, Inc.; Plastic Services and Products, LLC, d/b/a Genova Pipe; MicroKits, LLC; FishUSA, Inc.; and Terry Precision Cycling LLC (collectively, "V.O.S. Plaintiffs") hereby move for a 14-day extension, to October 5, 2026, to file their response brief. Appellants do not oppose this motion.

1. On February 20, 2026, the Supreme Court held that the International Emergency Economic Powers Act ("IEEPA") does not authorize the President to impose tariffs on imported goods. *Learning Res., Inc. v. Trump*, 607 U.S. 229, 240 (2026). On remand, the Court of International Trade accordingly directed liquidation or reliquidation of imports subject to those tariffs. Order at 3, *V.O.S. Selections, Inc. v. United States*, No. 1:25-cv-66 (Ct. Int'l Trade Apr. 17, 2026), Dkt. No. 82; *see Grant & Bowman, Inc. v. U.S. Customs & Border Prot.*, No. 25-689, 2026 WL 2199340, at *2 (Ct. Int'l Trade Apr. 17, 2026). This appeal arises from that Order.

2. Appellants filed a notice of appeal on June 2, 2026. On July 29, 2026, this Court granted Appellants' motion for a seven-day extension of time to file their opening brief, Dkt. No. 16, which they filed on August 10, 2026, Dkt. No. 19. V.O.S. Plaintiffs' response brief is currently due September 21, 2026. Fed. Cir. R. 31(a)(2).

3. The requested extension is necessary to allow counsel for V.O.S. Plaintiffs adequate time to prepare a response brief because counsel for V.O.S. Plaintiffs have been and will be occupied with briefing in a variety of matters. These include: a petition for rehearing en banc in *United States v. Shah*, No. 24-2230 (7th Cir.), due September 14, 2026; a petition for a writ of certiorari in *Parasmo v. United States*, No. 26A178 (U.S), due September 16, 2026; a brief in opposition in *Department of Interior v. Shoshone-Bannock Tribes of Fort Hall Reservation*, Nos. 26-96 & 26-109 (U.S.), due September 21, 2026; an opening brief in *United States v. Wisconsin*, No. 26-2675 (7th Cir.), due September 21, 2026; an opening brief in *KalshiEX LLC v. Cox*, No. 26-4100 (10th Cir.), due September 21, 2026; a response brief in *Aaron Bolton v. At World Properties, LLC,* No. 26-1483 (7th Cir.), due September 21, 2026; a response brief in *Licht v. Zhao*, No. 26-1489 (1st Cir.), due September 25, 2026; an amicus brief in *United States v. Wisconsin*, No. 26-2636 (7th Cir.), due September 28, 2026; an opening brief in *Nevada v. KalshiEX LLC*, No. 26-1304 (9th Cir.), due September 28, 2026; an opening brief in *Washington v. KalshiEX LLC*, No. 26-3106 (9th Cir.), due September 28, 2026; an opening brief in *KalshiEX LLC v. Cafferelli*, No. 26-2239 (2d Cir.), due September 30, 2026; a response brief in *Ford Motor Co. v. Mikhov*, No. 26-2317 (9th Cir.), due October 2, 2026; a brief in opposition in *Flaherty v. KalshiEX LLC*, No. 26-299 (U.S.), due October 8, 2026;

and an opening brief in *United States v. Carter-Matthews*, No. 26-1558 (6th Cir.), due October 9, 2026.

4. In light of the press of these matters, V.O.S. Plaintiffs respectfully request a 14-day extension of time, to and including October 5, 2026, to prepare their response brief. A 14-day extension will not appreciably delay the resolution of the case, and counsel will exercise diligence in preparing the brief in the time requested.

5. Appellants do not oppose this motion. V.O.S. Plaintiffs have not previously sought or received an extension for their response brief in this case.

September 11, 2026

Respectfully submitted,

*/s/ Colleen E. Roh Sinzdak*

Neal Kumar Katyal
Colleen E. Roh Sinzdak
Chase J. Hanson
Jessica C. Huang
Samantha K. Ilagan
Milbank LLP
1101 New York Ave. NW
Washington, DC 20005
Telephone: (202) 835-7570
crohsinzdak@milbank.com

*Counsel for V.O.S. Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 588 words, excluding the items exempted by Federal Rule of Appellate Procedure 27(a)(2)(B).

This motion complies with the typeface and typestyle requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because this motion has been prepared using Microsoft Office Word for Office 365 in 14-point Times New Roman font.

September 11, 2026

*/s/ Colleen E. Roh Sinzdak*
Colleen E. Roh Sinzdak