**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

| | |
|---|---|
| V.O.S. SELECTIONS, INC., et al.,<br>Plaintiffs-Appellees,<br>v.<br>U.S. CUSTOMS AND BORDER PROTECTION, et al.,<br>Defendants-Appellants. | No. 26-1895 |
| AGS COMPANY AUTOMOTIVE SOLUTIONS, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA, et al.,<br>Defendants-Appellants. | No. 26-1897 |
| GRANT & BOWMAN, INC.,<br>Plaintiff,<br>v.<br>U.S. CUSTOMS AND BORDER PROTECTION, et al.,<br>Defendants-Appellants. | No. 26-1899 |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

The government hereby moves for a fourteen-day extension, to November 9, 2026, of the deadline to file its reply brief. Appellees do not oppose this motion.

1. These appeals arise from three substantively identical injunctions that the Court of International Trade (CIT) entered in three separate cases. All three suits seek refunds of tariffs imposed by the President under the International Emergency Economic Powers Act (IEEPA) and subsequently held invalid by the Supreme Court in *Learning Resources, Inc. v. Trump*, 607 U.S. 229 (2026). The government filed a notice of appeal in each case, and this Court consolidated the appeals.

The government's opening brief and appendix were filed August 10, 2026. The plaintiffs in Nos. 26-1897 and 26-1899 elected not to file briefs defending the universal injunctions and are no longer appellees. The plaintiffs in No. 26-1895 filed their brief, after a fourteen-day extension, on October 5, 2026. No oral argument date has been set.

2. The requested extension is necessary to allow the government adequate time to prepare its reply brief.

Daniel Winik, Douglas Dreier, and Sophia Shams are the attorneys at the Department of Justice with primary responsibility for drafting the government's brief. Mr. Winik has primary or supervisory responsibility for several other litigation matters with upcoming deadlines, including *Gallegos v. FEMA*, No. 25-2107 (10th Cir.) (reply brief due October 21, as

extended); *United States ex rel. American Taxpayers Fighting Fraud v. Pape*, No. 26-2831 (9th Cir.) (reply brief due November 5, as extended); and *Oregon v. Trump*, No. 26-1804 (Fed. Cir.) (reply brief due November 12, as extended). Mr. Dreier's recent or upcoming deadlines include *Federal Defender Services of Eastern Tennessee, Inc. v. Blanche*, No. 26-1229 (D.C. Cir.) (stay opposition filed October 13); *Fuselier v. RisCassi*, No. 26-60519 (5th Cir.) (response brief due October 26); and *Oregon v. Trump*, No. 26-1804 (Fed. Cir.) (reply brief due November 12, as extended). Further, Ms. Shams has been out on annual leave, returning October 22.

Brad Hinshelwood is the attorney with supervisory responsibility over this case. Mr. Hinshelwood is responsible for several other matters with upcoming deadlines, including *In re Neiyerver Leon Rengel*, No. 26-8006 (D.C. Cir.) (opposition to petition for interlocutory appeal due October 19); *QueerDoc PLLC v. U.S. Department of Justice*, No. 25-7384 (9th Cir.) (response to petition for rehearing due October 21); *Roemen v. United States*, No. 25-2036 (8th Cir.) (supervising October 22 oral argument); *Texas v. Oz*, No. 25-40766 (5th Cir.) (supervising November 2 oral argument); *Marion County v. Kotek*, No. 26-1874 (9th Cir.) (response brief due November 4); *Guertin v. United States*, No. 26-5033 (D.C. Cir.) (supervising November 5 oral argument);

*Estate of Mellon-Reppen v. United States*, No. 26-1495 (opening brief due November 5). Mr. Hinshelwood was also out of the office on previously scheduled leave from October 5-13.

3. In light of these litigation matters, the government respectfully requests a fourteen-day extension of time, to and including November 9, 2026, to prepare the reply brief. A fourteen-day extension will not appreciably delay the resolution of the case, and counsel will exercise diligence in preparing the brief in the time requested.

4. Appellees do not oppose this motion. The government has not previously sought or received an extension for its reply brief in this case.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC D. MCARTHUR
*Deputy Assistant Attorney General*

BRAD HINSHELWOOD
DANIEL WINIK
SOPHIA SHAMS

*/s/ Douglas C. Dreier*
DOUGLAS C. DREIER
*Attorneys, Appellate Staff*
*Civil Division, Room 7264*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-4452*
*douglas.c.dreier@usdoj.gov*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 547 words. This motion was prepared using Word for Microsoft 365 in 14-point Book Antiqua, a proportionally spaced typeface.

/s/ *Douglas C. Dreier*
Douglas C. Dreier